UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JENNIFER FITZPATRICK,                                             :
                                                                  :
                          Plaintiff,                              :
                                                                  :    23-CV-10592 (JMF)
         -v-                                                      :
                                                                  :    ORDER
ROADGET BUSINESS PTE. LTD. et al.,                                :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- Defendants shall cure all discovery deficiencies in this matter **no later than Friday, October 4, 2024**, either by producing the documents at issue or by maintaining, amending, or lodging proper objections to Plaintiff's requests, as appropriate;

- Plaintiff shall file a letter **no later than October 9, 2024**, informing the Court as to the status of Defendants' productions. If any discovery deficiencies remain at that point, the Court is likely to entertain a motion to compel or motion for sanctions;

- No depositions shall be held until all discovery deficiencies have been cured or the Court has resolved any related motions;

- In light of the above, the deadline for fact discovery is hereby extended through and until **November 11, 2024**. If the parties believe expert discovery is necessary and that more time is needed, they should seek an appropriate extension of that deadline before November 11, 2024; and

- The pretrial conference scheduled for October 15, 2024, is hereby ADJOURNED to **November 19, 2024**, at **9:00 a.m.**

    SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                                                    JESSE M. FURMAN
                                                               United States District Judge