UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JENNIFER FITZPATRICK,                                             :
:
:
Plaintiff,                                :
:  23-CV-10592 (JMF)
-v-                                                               :
:           ORDER
:
ROADGET BUSINESS PTE. LTD. et al.,                                :
:
Defendants.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Per the Court's November 1, 2024 Order, *see* ECF No. 64, the parties must contact Magistrate Judge Stewart D. Aaron by **November 6, 2024**, to schedule a settlement conference as soon as possible;

- Before the settlement conference, the parties shall conduct depositions of Tim Wei, Justin Yoo, and a single Rule 30(b)(6) witness for all Defendants;

- The deadline for fact discovery is hereby EXTENDED to **January 31, 2025**;

- In light of that extension, the deadline for expert discovery is hereby EXTENDED to **March 21, 2024**; and

- The pretrial conference scheduled for November 19, 2024 is hereby ADJOURNED until **February 4, 2025** at **9:00 a.m.**

SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge