UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JENNIFER FITZPATRICK,

                       Plaintiff,

        -v-

ROADGET BUSINESS PTE. LTD., ET AL.,

                       Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024

**ORDER**

23-CV-10592 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 1, 2024, this case was referred to a Magistrate Judge for settlement. ECF No. 64. By Order dated November 4, 2024, Judge Furman directed the parties to contact Magistrate Judge Aaron by November 6, 2024 to schedule a settlement conference as soon as possible. ECF No. 65. On November 4, 2024, the settlement referral was reassigned to me. Given this reassignment, the parties should contact me to schedule a settlement conference pursuant to Judge Furman's direction.

In order to do so, the parties should contact Chambers at [RicardoNYSDChambers@nysd.uscourts.gov](mailto:RicardoNYSDChambers@nysd.uscourts.gov), copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when it would be productive. The parties are also directed to review the "Procedures for All

1

Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 6, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge